# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HILLYGUS FAMILY TRUST DATED AUGUST 17, 1993

IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON AND ESTATE OF SUSAN HILLYGUS, A PROTECTED PERSON

ROGER HILLYGUS,
                Appellant,
vs.
ROBIN RENAE RENWICK; AND KAYCEE ZUSMAN,
                Respondents.

No. 77204





NOV 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to recuse the district court judge, denying appellant's motion to vacate a hearing, and deeming appellant a vexatious litigant; and from an order denying appellant's motion for reconsideration. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying a motion to recuse a judge, denying a motion to vacate a hearing, or declaring a party a vexatious litigant. *See Jones v. Eighth Judicial Dist. Court*, 130 Nev. 493, 497, 330

18-902654

P.3d 475, 478 (2014); *Peck v. Crouser*, 129 Nev. 120, 124, 295 P.3d 586, 588 (2013). Further, no appeal lies from an order denying reconsideration. *Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983), *disapproved of on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). We lack jurisdiction and we therefore

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc: Hon. Frances Doherty, District Judge, Family Court Division
Roger Hillygus
Todd L. Torvinen
Washoe District Court Clerk